# State of Louisiana
# Secretary of State

07/27/2022

Legal Services Section
P.O. Box 94125, Baton Rouge, LA 70804-9125
(225) 922-0415

STARBUCKS CORPORATION
2401 UTAH AVE S
MS: S-LA1, SUITE 800
SEATTLE, WA  98134

Suit No.: 830021
24TH JUDICIAL DISTRICT COURT
JEFFERSON PARISH

HAO TRAN
vs
STARBUCKS

Dear Sir/Madam:

I am enclosing a citation served in regard to the above entitled proceeding. If you are not the intended recipient of this document, please return it to the above address with a letter of explanation. All other questions regarding this document should be addressed to the attorney that filed this proceeding.

Yours very truly,

R. KYLE ARDOIN
Secretary of State

Served on:  R. KYLE ARDOIN
Served by:  J SHOWS

SCOPE

Date: 07/26/2022
Title:  DEPUTY SHERIFF

JN

No: 1243665

**EXHIBIT A**

(101) CITATION: PETITION FOR DAMAGES ;

**24TH JUDICIAL DISTRICT COURT**
**PARISH OF JEFFERSON**
**STATE OF LOUISIANA**

220719-2672-3

RECEIVED AUG 2 REC'D By JC

HAO TRAN
versus
STARBUCKS

Case: 830-021   Div: "M"
P 1 HAO TRAN

To: STARBUCKS
THROUGH ITS REGISTERED AGENT:
LOUISIANA SECRETARY OF STATE
501 LOUISIANA AVENUE
BATON ROUGE LA 70802

#2778 $50.00 S/S
#2773 $40.44 EBR

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR DAMAGES of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within (21) CALENDAR days after the service hereof, under penalty of default.

This service was requested by attorney NICHOLAS V. CRESSY and was issued by the Clerk of Court on the 19th day of July, 2022.

/s/ Donna G. Muscarello
Donna G. Muscarello, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

_____SERVICE INFORMATION_____

(101) CITATION: PETITION FOR DAMAGES ;

220719-2672-3

Received:_____   Served:_____   Returned:_____

Service was made:
___ Personal        ___ Domiciliary _____

Unable to serve:
___ Not at this address      ___ Numerous attempts _____ times
___ Vacant                   ___ Received too late to serve
___ Moved                    ___ No longer works at this address
___ No such address          ___ Need apartment / building number
___ Other _____

SERVED ON
R. KYLE ARDOIN
JUL 26 2022
SECRETARY OF STATE
COMMERCIAL DIVISION

Service: $_____   Mileage: $_____   Total: $_____

Completed by:_____ # _____
                  Deputy Sheriff
Parish of: _____

Thomas F. Donelon Courthouse : 200 Derbigny St. : Gretna LA 70053

Page 1 of 1

Pl|835

**24th JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON**

**STATE OF LOUISIANA**

CIVIL ACTION NO: 830-021                              DIVISION: "M" 

**HAO TRAN**

**VERSUS**

**STARBUCKS**

FILED: _____         _____
                                                                    **DEPUTY CLERK**

**PETITION FOR DAMAGES**

NOW INTO COURT, by and through undersigned counsel, comes Petitioner, HAO TRAN, a person of full age and majority and resident of the Parish of Jefferson, State of Louisiana, who respectfully represents:

1.

Made defendants herein are the following:

1. STARBUCKS, (hereinafter referred to as "STARBUCKS"), a foreign company with its principal place of business in Seattle, WA, authorized to do and doing business in Louisiana.

2.

Venue is proper in the 24th Judicial District Court for the Parish of Jefferson pursuant to Louisiana Code of Civil Procedure Article 74, because the wrongful conduct giving rise to the action occurred in the Parish of Jefferson, State of Louisiana.

3.

Each of the Defendants are justly and truly indebted unto the Petitioner, jointly, severally, and *in solido*, for the claims, losses and damages set forth herein, together with legal interest thereon from date of judicial demand until paid, for all costs of these proceedings, for attorney fees, and for all other general and equitable relief allowable by law, for the following reasons:

24th E-Filed: 07/01/2022 13:45 Case: 830021 Div:M Atty:035725 NICHOLAS V CRESSY



07/11/2022 16:48:09 CERTIFIED TRUE COPY - Pg:1 of 5 - Jefferson Parish Clerk of Court - ID:22100673

4.

This action results from a wobbly table in the coffee shop that tilted and spilt boiling temperature water onto the Petitioner which occurred in the Parish of Jefferson, State of Louisiana, on or about July 5, 2021.

5.

Upon information and belief, the table was unstable for such a period of time prior to Plaintiff injuring himself, sufficient to give Defendant constructive note of the dangerous condition.

6.

Upon information and belief, Starbucks failed to exercise reasonable care through organized, prudent, and reasonable safety measures, in order to promptly correct or remove the table, and to alert customers to the threat posed by the unstable table.

7.

Upon information and belief, when Plaintiff was sitting down with his hot beverages, he placed the beverages on the table, and the tabled tilted, causing the cups to tip over, spilling the hot liquid onto the Plaintiff.

8.

Upon information and belief, as a result, Plaintiff suffered physical injuries requiring medical care and treatment, the full residual and sequalae are not known, but are serious in nature.

8.

Defendant, Starbucks, is liable for their negligence pursuant to Louisiana Civil Code Article 2315.

9.

The sole and proximate cause of the injuries and damages sustained by Plaintiff was the negligence of Defendants. Said negligence included, but was not limited to, the following acts and/or omissions:

a) Failing to maintain a non-hazardous environment;



b) Failing to observe and see the conditions when they knew or should have known of the inherently dangerous conditions;

c) Failing to properly remedy the conditions;

d) Failing to use due care to prevent the dangerous and hazardous conditions;

e) Failing to be attentive to their surroundings;

f) Failure to exercise due care and caution under the circumstances; and

10.

Plaintiff itemizes the damages to which he is entitled as a result of the accident and injury, proximately caused by the above described negligence of the Defendants as follows:

a) Past physical pain; suffering and discomfort;

b) Past mental anguish, aggravation and annoyance;

c) Future physical pain, suffering, and discomfort;

d) Future mental anguish, aggravation, and annoyance;

e) Past medical expenses;

f) Future medical expenses;

g) Lost wages; and

h) Loss of enjoyment of life.

11.

Pursuant to Louisiana Code of Civil Procedure Article 893 the claim for relief is for damages that are reasonable under the circumstances.

**WHEREFORE**, Plaintiff prays that all defendants named herein be served with a copy of this petition and be duly cited to appear and answer same according to law, and, that after due legal delays and proceedings are had, there be judgment rendered in Plaintiff's favor and against defendants individually, jointly, and in solido, for such relief as is deemed reasonable under the circumstances, together with legal interest thereon from the date of judicial demand until paid, for all costs of those proceedings, for attorneys fees, and for all other general and equitable relief.

**\*\*SIGNATURE AND SERVICE INFORMATION ON NEXT PAGE\*\***



3

07/11/2022 16:48:09 CERTIFIED TRUE COPY - Pg:3 of 5 - Jefferson Parish Clerk of Court - ID:22100673

Respectfully submitted:

Forrest Cressy & James, LLC
Byron M. Forrest (#35480)
Eric S. Hamilton (#40128)
1222 Annunciation Street
New Orleans, Louisiana 70130
Telephone: 504-605-0777
Facsimile: 504-322-3884
byron@fcjlaw.com
eric@fcjlaw.com
*Attorneys for Hao Tran*

PLEASE SERVE:

**STARBUCKS**
*Through its registered Agent:*
Louisiana Secretary of State
501 Louisiana Avenue
Baton Rouge, LA 70802



24th E-Filed: 07/01/2022 13:45 Case: 830021 Div:M Atty:035725 NICHOLAS V CRESSY

JON A. GEGENHEIMER   07/11/2022 16:48:09 CERTIFIED TRUE COPY - Pg:4 of 5 - Jefferson Parish Clerk of Court - ID:22100673

4

# LOUISIANA CIVIL CASE REPORTING
## Civil Case Cover Sheet - LA. R.S. 13:4688 and
## Part G, §13, Louisiana Supreme Court General Administrative Rules

This civil case cover sheet shall be completed by counsel for the petitioner, counsel's authorized representative, or by the self-represented litigant (if not represented by counsel) and submitted with the original petition filed with the court. The information should be the best available at the time of filing. This information does not constitute a discovery request, response or supplementation, and is not admissible at trial.

**Suit Caption:**

HAO TRAN          vs.   STARBUCKS

**Court:** 24th Judicial District         **Docket Number:** 830021

**Parish of Filing:** Jefferson            **Filing Date:** 07/01/2022

**Name of Lead Petitioner's Attorney:** Eric S. Hamilton

**Name of Self-Represented Litigant:** _____

**Number of named petitioners:** 1    **Number of named defendants:** 1

**Type of Lawsuit: Please check the categories which most appropriately apply to this suit (no more than 3 categories should be checked):**

- ☐ Auto: Personal Injury
- ☐ Auto: Property Damage
- ☐ Auto: Wrongful Death
- ☐ Auto: Uninsured Motorist
- ☐ Asbestos: Property Damage
- ☐ Asbestos: Personal Injury/Death
- ☐ Product Liability
- ☐ Premise Liability
- ☐ Intentional Bodily Injury
- ☐ Intentional Property Damage
- ☐ Intentional Wrongful Death
- ☐ Unfair Business Practice
- ☐ Business Tort
- ☐ Fraud
- ☐ Defamation
- ☐ Professional Negligence
- ☐ Environmental Tort
- ☐ Medical Malpractice
- ☐ Intellectual Property
- ☐ Toxic Tort
- ☐ Legal Malpractice
- ☒ Other Tort (describe below): Personal Injury
- ☐ Other Professional Malpractice
- ☐ Redhibition
- ☐ Maritime
- ☐ Class action (nature of case)
- ☐ Wrongful Death
- ☐ General Negligence
- ☐ Hurricane Case

**Please briefly describe the nature of the litigation in one sentence of additional detail:**

Following the completion of this form by counsel, counsel's representative, or by the self-represented litigant, this document will be submitted to the Office of the Judicial Administrator, Supreme Court of Louisiana, by the Clerk of Court.

Name, address and contact information of person completing form:

**Name** Kelley Videtich                **Signature** /s/ Kelley Videtich

**Address** 1222 Annunciation Street, New Orleans, LA 70130

**Phone number:** 504-605-0777          **E-mail address:** kelley@fcjlaw.com

(101) CITATION: PETITION FOR DAMAGES ;   220719-2672-3

**24TH JUDICIAL DISTRICT COURT**
**PARISH OF JEFFERSON**
**STATE OF LOUISIANA**

FILED FOR RECORD 08/17/2022 10:13:29
Dianne A. Everage DY CLERK
JEFFERSON PARISH LA

HAO TRAN
versus
STARBUCKS

Case: 830-021   Div: "M"
P 1 HAO TRAN

To: STARBUCKS
THROUGH ITS REGISTERED AGENT:
LOUISIANA SECRETARY OF STATE
501 LOUISIANA AVENUE
BATON ROUGE LA 70802

#2778 $50.00 S/S
#2773 $40.44 EBR

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR DAMAGES of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within (21) CALENDAR days after the service hereof, under penalty of default.

This service was requested by attorney NICHOLAS V. CRESSY and was issued by the Clerk of Court on the 19th day of July, 2022.

/s/ Donna G. Muscarello
Donna G. Muscarello, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

_____SERVICE INFORMATION_____

(101) CITATION: PETITION FOR DAMAGES ;   220719-2672-3

Received:_____   Served:_____   Returned:_____

Service was made:
___ Personal       ___ Domiciliary _____

Unable to serve:
___ Not at this address     ___ Numerous attempts _____ times
___ Vacant                  ___ Received too late to serve
___ Moved                   ___ No longer works at this address
___ No such address         ___ Need apartment / building number
___ Other _____

Service: $_____   Mileage: $_____   Total: $_____

Completed by:_____ # _____
                    Deputy Sheriff
Parish of: _____

I made service on the named party
by tendering a copy of this document on this day

RECEIVED
JUL 26 2022
E.B.R. SHERIFF'S OFFICE

JUL 26 2022
T. Glover
By. Q. Shaw 2140
Deputy Sheriff, Parish of East Baton Rouge, LA

Thomas F. Donelon Courthouse : 200 Derbigny St. : Gretna LA 70053
Page 1 of 1